IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAVIER SOTELO CANTU,<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE CLIFF MANOR; SHAWNA BOATMAN; SYNERTX,<br><br>Defendants. | Cause No. CR 20-90-BLG-SPW-TJC<br><br>ORDER |

On October 2, 2020, the Court permitted Plaintiff Cantu to explain his claims in more detail. *See* Order (Doc. 5). Cantu now seeks an extension of time to respond. *See* Mot. (Doc. 7) at 1.

The request is reasonable and will be granted. The Court notes, however, that Cantu states he needs additional time to "submit all the evidence needed." *Id.* Cantu does not need to submit evidence at this time, and the Court will not review evidence to find Cantu's claims for him.

Cantu must explain his claims in writing and in his own words by responding to the issues and questions the Court raised. *See* Order (Doc. 5) at 2–5 ¶¶ A–D.

1

Based on the foregoing, the Court enters the following:

## ORDER

1. Cantu's motion for extension of time (Doc. 7) is GRANTED. Cantu may respond to the Order of October 2 (Doc. 5) on or before **December 18, 2020.**

2. For Cantu's convenience, the clerk will include a form amended complaint with his service copy of this Order.

<u>Cantu must immediately notify the Court of any change in his mailing address by filing a "Notice of Change of Address."</u> Failure to do so may result in dismissal of the case without notice to him.

DATED this 18th day of November, 2020.

<u>/s/ Timothy J. Cavan</u><br>
Timothy J. Cavan<br>
United States Magistrate Judge